STEFAN ERIC SACKS, ESQ.  CA Bar No. 173376
SACKS & SACKS
1901 Avenue of the Stars
Suite 200
Los Angeles, CA 90067
Telephone (323) 272-7877
E-Mail     ses@sacksandsacks.com

Attorney for Defendant JIMENEZ

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:20-CR-35-JAM |
| Plaintiff, ) | ORDER |
| vs. ) | |
| OBDULIO JIMENEZ, et al., ) | |
| Defendant. ) | |

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing of Defendant OBDULIO JIMENEZ presently set for June 14, 2022 at 9:30 am be continued to October 4, 2022 at 9:30 am.

DATED: June 10, 2022          /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              UNITED STATES DISTRICT COURT JUDGE

1