STEFAN ERIC SACKS, ESQ.   CA Bar No. 173376
SACKS & SACKS
1901 Avenue of the Stars
Suite 200
Los Angeles, CA 90067
Telephone (323) 272-7877
E-Mail     ses@sacksandsacks.com

Attorney for Obdulio Jimenez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OBDULIO JIMENEZ,<br><br>Defendant. | Case No. 2:20-cr-00035-JAM-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge: Hon. John A. Mendez |

Defendant, OBDULIO JIMENEZ, by and through his attorney, Stefan Sacks, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1.  Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable;

2.  The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision").  *See* Amendment 821, Part B, Subpart 1.  The zero-point provision provides a 2-offense-level reduction for certain offenders who present zero criminal history points and satisfy the criteria

listed in USSG § 4C1.1(a).  The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024.  *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On March 20, 2023, this Court sentenced Mr. Jimenez to a term of 46 months;

4. Mr. Jimenez's total offense level was 23, his criminal history category was I (based on him having zero criminal history points), and the resulting guideline range was 46 to 57 months.  The Court was not bound by the mandatory statutory minimum sentence for the reasons stated in the Statement of Reasons ("SOR");

5. The sentencing range applicable to Mr. Jimenez was subsequently lowered by the zero-point provision;

6. Mr. Jimenez is eligible for a reduction in sentence, which reduces his total offense level by 2 from 23 to 21, and his amended advisory guideline range is reduced to 37 to 46 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Jimenez's term of imprisonment to 37 months.

8. <u>United States' statement regarding its stipulation</u>[1]:  Defendant was convicted of Conspiracy to Distribute and Possession with Intent to Distribute Heroin, in violation of 21 U.S.C. §§ 846 and 841(a)(1).  The United States enters into this stipulation after reviewing the Presentence Investigation Report ("PSR"); government's sentencing memorandum, ECF No. 81; Statement of Reasons ("SOR"); Judgment, ECF No. 84; defendant's Bureau of Prisons ("BOP") disciplinary history, and after consultation with the prosecuting Assistant United States Attorney.

At sentencing, the government agreed with probation's calculation of the Guidelines range and recommended that the Court impose a sentence of 46 months in prison.  ECF No. 81; PSR ¶¶ 86–87.

///

///

///

---

[1] This statement is provided by the United States and is not part of the parties' stipulation.

BOP records indicate that as of April 4, 2024, the defendant has no reported sustained incidents during his time in BOP custody. Defendant is currently located at FCI Sheridan with a projected release date of January 18, 2026. *See* Bureau of Prisons Inmate Locator available at https://www.bop.gov/inmateloc/ (last visited April 8, 2024).

Respectfully submitted,

Dated: April 9, 2024                                    Dated: April 9, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Shelley Weger*                                      */s/ Stefan Sacks*
SHELLEY D. WEGER                                STEFAN SACKS
Assistant U.S. Attorney

Attorney for Plaintiff                                    Attorney for Defendant
UNITED STATES OF AMERICA          OBDULIO JIMENEZ

# ORDER

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Jimenez is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 23 to 21, resulting in an amended guideline range of 37 to 46 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b), the term of imprisonment imposed in 2023 is reduced to a term of 37 months.

IT IS FURTHER ORDERED that all the terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Jimenez shall report to the United States Probation Office within seventy-two hours after his release.

Dated: May 03, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE