STEFAN ERIC SACKS, ESQ.   CA Bar No. 173376
SACKS & SACKS
1901 Avenue of the Stars
Suite 200
Los Angeles, CA 90067
Telephone (323) 272-7877
E-Mail     ses@sacksandsacks.com

Attorney for Obdulio Jimenez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OBDULIO JIMENEZ,<br><br>Defendant. | Case No. 2:20-cr-00035-JAM-1<br><br>**ORDER GRANTING MOTION TO RECONVEY BAIL COLLATERAL AND RELEASE DEED OF TRUST (ECF No. 89)**<br><br>Judge: Hon. John A. Mendez |

Defendant, OBDULIO JIMENEZ, by and through his attorney, Stefan Sacks, hereby moves this Court for an Order directing the clerk's office to release the deed of trust and reconvey the property interest which was utilized for bail collateral and is based on the following:

1.   On March 20, 2023, this Court originally sentenced Mr. Jimenez to a term of imprisonment of 46 months and he self-surrendered to the BOP; he was later resentenced to 37 months in 2024.  Mr. Jimenez has completed his prison sentence and is currently on supervised release.

2.   At the time of his sentencing and surrender in 2023, the clerk's office did not reconvey the real property that was used as collateral via a deed of trust.  That property is located at 13643 Alcade Street, La Puente, CA 91746.  Mr. Jimenez first learned of this fact last month from the title company while dealing with the sale of his home which is in escrow.  The fact that the deed of trust is still on record has encumbered the property and is holding up the close of escrow and sale, therefore time is of the essence.

3. On September 30, 2025 I emailed a proposed stipulated motion to AUSA James Conolly but have not received a reply (perhaps he is out of the office).

4. Accordingly, the defense requests the Court enter the order lodged herewith directing the clerk's office to release the deed of trust and reconvey the property interest back to Mr. Jimenez and his wife so that they can complete the sale of the home.

Respectfully submitted,

Dated: October 6, 2025

  /s/
STEFAN ERIC SACKS, ESQ.
Attorney for Defendant
OBDULIO JIMENEZ

# ORDER

Having reviewed the defendant's request for reconveyance (ECF No. 89), and the government's statement of non-opposition (ECF No. 90), the Court hereby **GRANTS** the defendant's request and **ORDERS** the Clerk of the Court to **RECONVEY** the property identified in defendant's filing, 13643 Alcade Street, La Puente, CA 91746, as appropriate.

IT IS SO ORDERED.

Dated: October 22, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE